UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert James Colt**                                     **Docket No. 5:13-CR-84-1FL**

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert James Colt, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) & 924(a)(2), Felon in Possession of Firearm and Ammunition, and 21 U.S.C. §§ 856(a)(1)&(b), Maintaining a Place for Manufacturing and Distributing Cocaine Base and Marijuana, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 7, 2013, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months. On September 22, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment sentence was reduced to 43 months.

Robert James Colt was released from custody on September 13, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently registered as a sex offender as a result of being convicted of ten counts of Indecent Liberties With a Child on April 17, 2006, in Cumberland County, North Carolina. We are recommending that the defendant complete a sex offender assessment, recommended treatment, and a polygraph. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

2. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

3. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

Robert James Colt
Docket No. 5:13-CR-84-1FL
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Lee Holmes
Lee Holmes
Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2568
Executed On: October 13, 2016

## ORDER OF THE COURT

Considered and ordered this  17th  day of  October , 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge